-PROB 12B  
(7/93)

Report Date: June 20, 2006

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 2 6 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: George Bassell              Case Number: 2:03CR02060-001 & 2:03CR02117-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 5/28/2004          Type of Supervision: Supervised Release

Original Offense: Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) & Escape from Custody, 18 U.S.C. § 751(a)

Date Supervision Commenced: TBD

Original Sentence: Prison - 52 Months; TSR - 36 Months

Date Supervision Expires: TBD

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

15  The offender shall participate as instructed by the U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if the offender has reverted to the use of drugs or alcohol. <u>The offender shall also abstain from the use of alcohol and/or other intoxicates during the term of supervision.</u> Offender must contribute towards the cost of any programs, to the extent offender is financially able to do so, as determined by the U.S. Probation Officer.

16  The offender shall submit to one drug test within 15 days of placement on probation (or release from imprisonment) and a least two periodic drug test thereafter no to exceed eight valid tests per month pursuant to 18 U.S.C. § 3563 (a)(5) and 18 U.S.C. § 3583 9(d).

### CAUSE

According to a U.S. probation officer in the Western District of Washington, on February 27, 2006, a pre-release investigation concerning the above-named offender was conducted. In review of the offender's presentence report, Mr. Bassell appears to have a substantial substance abuse history. This issue was discussed with the proposed sponsor, Ms. Joni Layton, who confirmed the offender's addiction to methamphetamine. Based on this information, the probation officer, through Mr. Bassell's case manager, presented a waiver of hearing to modify conditions of supervised release, containing the above-listed modifications. The offender signed this modification and agrees to be subject to these additional terms once released from prison. A copy of this waiver has been attached for the Court's consideration.

Prob 12B
**Re:  Bassell, George**
**June 20, 2006**
**Page 2**

This officer respectfully requests the Court adopt these additional terms of supervised release.

                                                Respectfully submitted,

by _[signature]_

                                                U.S. Probation Officer
                                                Date:  June 20, 2006

**THE COURT ORDERS**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_[signature]_
Signature of Judicial Officer

6/26/06
Date

PROB 49
(5/97)

# United States District Court

Eastern District of Washington
Docket Number: CR03-2060-001

### Waiver of Hearing to Modify Conditions of Supervised Release

I, George Bassell IV, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> That I shall participate as instructed by my U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction or drug dependency, which may include testing to determine if I have reverted to the use of drugs. I shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision. I must contribute towards the cost of any treatment or drug testing, to the extent I am financially able to do so, as determined by the U.S. Probation Officer.
>
> That I shall submit to one drug and/or alcohol test within 15 days of placement on probation (or release from imprisonment) and at least two periodic drug and/or alcohol tests thereafter not to exceed eight valid tests per month pursuant to 18 U.S.C. § 3563(a)(5) and 18 U.S.C. § 3583(d).

Witness: _[signature]_ Case Manager      Signed: _[signature]_
　　　　　　U.S. Probation Officer　　　　　　　　　　Supervised Releasee

　　　　　　_4/25/06_
　　　　　　　Date