PROB 12C
(7/93)

Report Date: March 25, 2009

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 25 2009

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

# United States District Court

**for the**

**Eastern District of Washington**

## Petition for Warrant or Summons for Offender Under Supervision

CR-03-2117-EFS

Name of Offender: George Bassell, IV Case Number: 2:03CR02060-001; ~~2:03CR02177-001~~

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 5/28/2004

Original Offense: 2:03CR02060-001: 3 Counts of Possession of Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)
2:03CR02177-001: Escape from Custody, 18 U.S.C. § 751(a)

Original Sentence: Prison - 52 Months; TSR - 36 Months Type of Supervision: Supervised Release

Asst. U.S. Attorney: James P. Hagarty Date Supervision Commenced: 01/13/2009

Defense Attorney: Alex B. Hernandez, III Date Supervision Expires: 01/12/2010

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: It is alleged that on March 20, 2009, in the Western District of Washington, the offender committed the offense of felony eluding of a police officer.

This matter is pending in Lewis County, Washington, Superior Court case number 09-1-00194-9.

According to the Washington State Patrol offense report, on March 20, 2009, a call came in their communications center reporting a suspected drunk driver traveling westbound on State Route 12 in Lewis County, Washington. A trooper located and followed the vehicle for a short distance. A traffic stop was initiated after the trooper observed the vehicle being operated in an erratic manner. The trooper, in a marked vehicle, first activated his lights

then his siren, when the driver of the vehicle did not pull over. The offender continued to operate the vehicle in a careless and erratic manner, almost causing four head-on collisions with oncoming traffic, by crossing the center line.

As the offender failed to yield, spike strips were employed by a unit posted ahead of the offender's location. The spike strip punctured one tire, but the offender continued driving the vehicle. The offender struck a patrol vehicle with his vehicle after aborting an attempt to turn onto another road. The offender's vehicle came to a stop against the trooper's vehicle. The offender was taken into custody and charged with attempting to elude a pursuing police vehicle.

2 **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged that on March 20, 2009, in the Western District of Washington, the offender committed the offense of driving under the influence.

This matter is pending in Lewis County, Washington, Superior Court case number 09-1-00194-9.

According to the Washington State Patrol offense report, on March 20, 2009, the offender was taken into custody after attempting to elude troopers in his vehicle. The offender was incoherent in his speech and behavior, acting in a paranoid manner. The offender's eyes were bloodshot, with his pupil's dilated and unresponsive to light. Blood samples were taken from the offender at a hospital.

According to the offender's probation officer in Western Washington, the blood samples taken from the offender pursuant to an arrest for felony eluding charges, returned positive for cocaine and methamphetamine. As of this writing, the probation officer has not received written confirmation of this.

3 **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: It is alleged that on March 20, 2009, in the Western District of Washington, the offender committed the offense of making a false statement.

This matter is pending in Lewis County, Washington, Superior Court case number 09-1-00194-9.

According to the Washington State Patrol offense report, on March 20, 2009, the offender was taken into custody after attempting to elude troopers in his vehicle. The offender was incoherent in his speech and behavior, acting in a paranoid manner. The offender was questioned several times as to his identity, but was uncooperative. A trooper was able to contact by telephone, the owner of the car operated by the offender. The owner reported she had let a Jesse Karry drive her car and described Mr. Karry. The offender was asked if he was Mr. Karry, and he advised them he was Jesse Karry, a Canadian citizen.

The offender's true identity was later determined after he was fingerprinted when booked into custody.

4 **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: It is alleged the offender unlawfully used controlled substances on or about March 20, 2009.

According to the Washington State Patrol offense report, on March 20, 2009, the offender was taken into custody after attempting to elude troopers in his vehicle. The offender was incoherent in his speech and behavior, acting in a paranoid manner. The offender's eyes were bloodshot, with his pupil's dilated and unresponsive to light. Blood samples were taken from the offender at a hospital.

According to the offender's probation officer in Western Washington, the blood test taken from the offender pursuant to an arrest for felony eluding charges, returned positive for cocaine and methamphetamine. As of this writing, the probation officer has not received written confirmation.

5 **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: It is alleged the offender failed to report a change of address to his supervising probation officer ten days prior to moving.

On March 18, 2009, U.S. Probation Officer Becky Miller from the Western District of Washington received information that the offender had not been living at his last reported residence since March 6, 2009. On March 18, 2009, Ms. Miller contacted the offender's father-in-law, at whose residence the offender had been residing. He reported the offender had not been living at his residence since March 6, 2009, after the offender and his wife had an argument.

6 **Special Condition #20**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: The offender failed to report for urine testing on March 11, 2009, at the Chelalis Washington, Department of Corrections Office.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/25/2009

s/Kevin Crawford

Kevin Crawford
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/25/09

Date